IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR535 |
| v. | ) | |
| KEITH C. ELMER, | ) | ORDER |
| Defendants. | ) | |

    This matter is before the court on the defendant's Motion to Extend Time to Self-Surrender (Filing No. 112).  After considering the matter, the court will grant the motion.

    IT IS ORDERED that defendant's self-surrender deadline to report to FCI Oxford is hereby extended to **November 7, 2005.**

    DATED this 18th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge